## Mitchell *v.* Mitchell.

Hines, J. On the trial of an application for permanent alimony the jury returned a verdict in favor of the husband. The wife moved for a new trial on the formal grounds. The trial judge overruled her motion, and to this judgment she excepted. *Held:* There being some evidence to support the verdict, and the same having received the approval of the trial judge, we can not say that he abused his discretion in denying a new trial.

*Judgment affirmed. All the Justices concur, except Gilbert, J., absent for providential cause.*

No. 4725. June 10, 1925.

Action for alimony, etc. Before Judge Mathews. Crawford superior court. December 6, 1924.

*LeSueur & LeSueur,* for plaintiff.

*C. L. Shepard,* for defendant.